Shaun Setareh (SBN 204514)
 shaun@setarehlaw.com
Tuvia Korobkin (SBN 268066)
 tuvia@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Blvd., Suite 907
Beverly Hills, California 90212
Telephone:  (310) 888-7771; Facsimile: (310) 888-0109

Attorneys for Plaintiff, EARL FRONDA

Rebecca D. Eisen (SBN 96129)
 reisen@morganlewi.com
Theresa Mak (SBN 211435)
 tmak@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: 415-442-1000
Facsimile: 415-442-1001

Attorneys for Defendant, AMAZON.COM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Earl Fronda, on behalf of himself, all others similarly situated and the general public<br><br>   *Plaintiff*,<br><br>   v.<br><br>STAFFMARK HOLDINGS, INC., a Delaware corporation; CEVA LOGISTICS U.S., INC, a Delaware corporation; AMAZON.COM LLC, a Delaware corporation; and DOES 1-50, inclusive,<br><br>   *Defendants*. | Case No.  3:15-cv-02315-MEJ<br><br>Hon. Maria-Elena James<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF DEFENDANT AMAZON.COM, LLC** |

[1]

## **[PROPOSED] ORDER**

Having considered the JOINT STIPULATION TO DISMISS AMAZON.COM, LLC between Plaintiff Earl Fronda and defendant AMAZON.COM, LLC ("AMAZON"), and for good cause appearing, IT IS ORDERED that defendant AMAZON is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to Plaintiff's class claims, with Plaintiff and AMAZON to each bear their own costs.

IT IS SO ORDERED.

_____JUNE 12, 2015_____                    _____
Date                                                                                 Hon. Maria-Elena James

*Earl Fronda v. Staffmark Holdings, Inc. et al.*          [Proposed] Order Granting Dismissal of Defendant Amazon.com, LLC