UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL FRONDA,<br>　　　　Plaintiff,<br>　　v.<br>STAFFMARK HOLDINGS, INC., et al.,<br>　　　　Defendants. | Case No.  15-cv-02315-MEJ<br><br>**CASE MANAGEMENT ORDER** |

On January 15, 2016, the parties filed a Joint Case Management Statement in which they request the Court vacate all pending pretrial and trial deadlines pending ongoing mediation efforts. The parties also set forth alternative proposed class action briefing schedules. Good cause appearing, the Court VACATES all pretrial and trial deadlines. As it prefers all class certification discovery be completed before Plaintiff files a class certification motion, the Court shall not enter a briefing schedule at this time. Instead, the parties shall e-file an updated joint status report by September 22, 2016. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: January 19, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge