1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL FRONDA, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>STAFFMARK HOLDINGS, INC., a Delaware corporation; CEVA LOGISTICS U.S., INC, a Delaware corporation, and DOES 1-50, inclusive<br><br>Defendants. | Case No.  3:15-CV-02315-MEJ (CBA)(SMG)<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF ZACHARY COOLEY RE: NOTICE PROCEDURES** |

1

SUPPLEMENTAL DECLARATION OF ZACHARY COOLEY RE: NOTICE PROCEDURES

I, Zachary Cooley, declare as follows:

1. I am employed by KCC Class Action Services, LLC ("KCC"), located at 462 S 4th Street, Louisville, Kentucky. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**Returned Mailed Notices**

2. As of the date of my previous declaration, KCC had received 238 notices packets returned as undeliverable. We were able to locate 181 updated addresses, these updated addresses were re-mailed. As of today, we have received 32 notice packets returned for a second time. In total, 89 class members did not receive a notice after the initial mailing or subsequent re-mailing after address updating.

I declare under penalty of perjury under the laws of the State of Kentucky that the foregoing is true and correct. Executed this 29 day of May 2018 at Louisville, Kentucky.

_____
Zachary Cooley