Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
H. Scott Leviant (SBN 200834)
  scott@setarehlaw.com
Thomas Segal (SBN 222791)
  thomas@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California  90212
Telephone:    (310) 888-7771
Facsimile:    (310) 888-0109
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL FRONDA on behalf of himself, all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>vs.<br><br>STAFFMARK HOLDINGS, INC., a Delaware Corporation; CEVA LOGISTICS, U.S., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>*Defendants*. | Case No.: 3:15-cv-02315-TSH<br><br>**JOINT STATUS REPORT REGARDING STATUS OF CLASS ACTION SETTLEMENT ADMINISTRATION** |

011894.00062
21474023.1

Case No.: 3:15-cv-02315-TSH     Page 1     *Fronda v. Staffmark Holdings, Inc., et al.*
**JOINT STATUS REPORT REGARDING STATUS OF CLASS ACTION SETTLEMENT ADMINISTRATION**

TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Plaintiff Earl Fronda ("Fronda") and Defendants Staffmark Holdings, Inc. and CBS Personnel Services, LLC ("Defendants") (Plaintiff and Defendants collectively hereinafter, the "Parties") submit the following Joint Report regarding the current status of class settlement administration. As set forth in the concurrently filed Supplemental Declaration of Zachary Cooley re: Distribution of Settlement Funds, funds have been received and distributed as follows:

- On June 5, 2018, Defendants made payment to the Qualified Settlement Fund ("QSF") in the amount of $5,600,000.00. (Supp. Cooley Decl., ¶ 3.) On July 16, 2018, Defendants made payment to the QSF in the amount of $240,093.30 to cover Employer Share of Taxes. (*Id.*)

- Pursuant to the Court's Order, KCC Class Action Services, LLC ("KCC") issued the following payments from the QSF: (a) $1,866,666.67 representing Class Counsels' attorneys' fees and costs; (b) $5,000.00 representing the named plaintiff award; (c) $75,000.00 to the California Labor and Workforce Development Agency; (d) class member settlement payments to 4405 class members totaling $3,628,581.22 (gross of taxes); (e) $24,750.00 to KCC representing its administration costs; and (f) $240,093.30 for the associated employer tax obligations. (Supp. Cooley Decl., ¶ 4.)

- As of September 26, 2018, 2,757 class members have cashed their checks totaling $2,533,079.48 (net of taxes), and 1,648 class members have not cashed their checks totaling $641,395.03 (net of taxes). (Supp. Cooley Decl., ¶ 5.) The 1,648 checks that have not yet been cashed carry a void date of February 4, 2019. (*Id.*)

- As required by the Settlement Agreement, KCC is required to send reminder postcards to Class Members who have yet to cash the Settlement Payment check after both 90 days and 150 days from the initial date of distribution. (Supp. Cooley Decl., ¶ 6.) These mailings are scheduled to occur by November 6, 2018 and January 4, 2019 for the corresponding mailings. (*Id.*)

The Parties are not aware of any issues at this time. The pattern of check cashing appears typical in that class members with larger pro rata payments have cashed their checks, on average, faster than class

011894.00062
21474023.1

Case No.: 3:15-cv-02315-TSH  Page 1  *Fronda v. Staffmark Holdings, Inc., et al.*
**JOINT STATUS REPORT REGARDING STATUS OF CLASS ACTION SETTLEMENT ADMINISTRATION**

members receiving smaller pro rata payments.  Approximately four-fifths of the net funds available to class members have already been distributed.

Dated: September 27, 2018,   **SETAREH LAW GROUP**

By: /s/ H. Scott Leviant
Shaun Setareh
H. Scott Leviant[1]

Attorneys for Plaintiff EARL FRONDA

Dated: September 27, 2018,   **ATKINSON, ANDELSON, LOYA, RUUD & ROMO**

By: _____
Susan M. Steward
Barbara A. Van Ligten

Attorneys for Defendant STAFFMARK HOLDINGS, INC. and CBS PERSONNEL SERVICES, LLC

---

[1] I hereby attest that the other signatories listed, on whose behalf the filing is submitted concur in the filing's context and have authorized the filing.

011894.00062
21474023.1

Case No.: 3:15-cv-02315-TSH        Page 2        *Fronda v. Staffmark Holdings, Inc., et al.*
**JOINT STATUS REPORT REGARDING STATUS OF CLASS ACTION SETTLEMENT ADMINISTRATION**

members receiving smaller pro rata payments. Approximately four-fifths of the net funds available to class members have already been distributed.

Dated: September 27, 2018,  **SETAREH LAW GROUP**

By: /s/ H. Scott Leviant
Shaun Setareh
H. Scott Leviant[1]

Attorneys for Plaintiff EARL FRONDA

Dated: September 27, 2018,  **ATKINSON, ANDELSON, LOYA, RUUD & ROMO**

By: *Barbara S Van L*
Susan M. Steward
Barbara A. Van Ligten

Attorneys for Defendant STAFFMARK HOLDINGS, INC. and CBS PERSONNEL SERVICES, LLC

---

[1] I hereby attest that the other signatories listed, on whose behalf the filing is submitted concur in the filing's context and have authorized the filing.